IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JOHN FREDDY RINCON CASTRILLON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 306-30 |
| ) | |
| MICHAEL PUGH, Warden, ) | |
| IMMIGRATION AND ) | |
| CUSTOMS ENFORCEMENT, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Respondent Pugh is **DISMISSED** from this action.

SO ORDERED this 30th day of June, 2006.

JOHN F. NANGLE, JUDGE
UNITED STATES DISTRICT COURT