**ORIGINAL**

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
JAN 19 PM 4: 06

CLERK
SO. DIST. GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JOHN FREDDY RINCON CASTRILLON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 306-030 |
| ) | |
| IMMIGRATION AND CUSTOMS ) | |
| ENFORCEMENT, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the instant petition is **DISMISSED**, this civil action is **CLOSED**, and final judgment shall be **ENTERED** in favor of Respondent.

**SO ORDERED** this 19th day of January, 2007.

JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE